UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                      **MEDICAL ORDER**

      -against-                                              16 Mag. 3093

MICHAEL GORDON,

                              Defendant.
-----------------------------------------------------------------X

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

      The above-named defendant has been remanded to the custody of the U.S. Marshals following an initial appearance before this Court. During the proceeding, defense counsel informed the Court that the defendant is currently taking the following medications: Cymbalta, Buspar, Abilify and Prevacid.

      The Court directs the Correctional Facility to provide the defendant with a full medical and mental health examination and provide any necessary treatment.

Dated:  May 19, 2016
           White Plains, New York

                                                          **SO ORDERED:**

                                                            _____
                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge